9 Ill. App.2d 574 (1956)
133 N.E.2d 522
Albia Maresh, Plaintiff-Appellant,
v.
Henry Praetz, Defendant-Appellee.
Gen. No. 10,893.
Illinois Appellate Court  Second District.
April 13, 1956.
Rehearing denied May 1, 1956.
Released for publication May 1, 1956.
Louis M. Leider, for plaintiff-appellant.
Melvin B. Lewis, of counsel.
Fearer & Nye, for defendant-appellee.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE DOVE.
Judgment affirmed.
Not to be published in full.